## **EXHIBIT LIST**

Exhibit A     U.S. Patent No. 6,661,783

Exhibit B     Exemplary claim chart detailing representative infringement of Claim 4 of the '783 Patent