IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**Neousys Technology America,**<br><br>*Defendant*. | Case No.: 1:22-cv-05324<br><br>DEMAND FOR JURY TRIAL |

### PLAINTIFF'S NOTIFICATION OF AFFILIATES AND RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Nitetek Licensing LLC ("Nitetek") makes the following disclosures:

- Nitetek is a Texas limited liability company.
- Nitetek has no parent corporation and has no publicly held affiliates.
- No publicly held company owns 5% or more of its stock.
- Nitetek's owner and managing member is Mark Hall.

Dated: September 29, 2022                    Respectfully submitted,

                                                                                                                                                                                          DIRECTION IP LAW

                                                                    */s/ Steven G. Kalberg*
                                                                    David R. Bennett (IL Bar No.: 6244214)
Steven G. Kalberg (IL Bar No.: 6336131)
PO Box 14184
Chicago, Illinois 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*/s/   Grant McArthur*
Grant McArthur (CA SBN 321959)
(*Pro Hac Vice forthcoming*)
gmcarthur@mclawus.com
MCARTHUR IP LAW, PC
24630 Washington Ave., Ste. 202
Murrieta, CA 92562
(951) 412-1688 (Phone)
(951) 379-4564 (Fax)

***Attorney(s) for Plaintiff Nitetek Licensing LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                                              */s/ Steven G. Kalberg*
                                                               Steven G. Kalberg