# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Nitetek Licensing LLC v. Neousys Technology America

Case Number: 1:22-cv-05324

An appearance is hereby filed by the undersigned as attorney for:
Nitetek Licensing LLC

Attorney name (type or print): David R. Bennett

Firm: Direction IP Law

Street address: P.O. Box 14184, 2620 N Burling St.

City/State/Zip: Chicago, IL 60614

Bar ID Number: 6244214
(See item 3 in instructions)

Telephone Number: 312-291-1667

Email Address: dbennett@directionip.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/29/2022

Attorney signature: S/ David R. Bennett
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015