IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**Neousys Technology America,**<br><br>*Defendant(s)*. | Case No. 1:22-cv-05324<br><br>Judge Andrea R. Wood |

## UNOPPOSED MOTION TO EXTEND TIME

IT IS REQUESTED, subject to the approval of the Court, that the time for the Defendant to respond and/or answer Plaintiff's complaint be extended by 30 days from its current date, October 24, 2022, to November 23, 2022.

/s/ *David R. Bennett*
DAVID R. BENNETT (SBN: 6244214)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
((312) 291-1667
dbennett@directionip.com

*Attorney(s) for Nitetek Licensing LLC*

SO ORDERED this _____ day of _____ 2022.

_____
**UNITED STATES DISTRICT JUDGE**