# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Nitetek Licensing LLC

                      Plaintiff,

v.                                        Case No.: 1:22−cv−05324
                                                    Honorable Andrea R. Wood

Neousys Technology America

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 31, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant's unopposed motion to extend time [8] is granted. Defendant shall answer or otherwise respond to Plaintiff's complaint by 11/23/2022. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.