# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Nitetek Licensing LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>Neousys Technology America,<br><br>                Defendant. | No. 1:22-cv-05324 |

## DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES FOR NEOUSYS TECHNOLOGY AMERICA

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, Defendant Neousys Technology America Inc. ("Neousys"), by and through its undersigned counsel, hereby certifies that its sole affiliate is Neousys Technology Inc., a publicly traded company, which owns 100% of Neousys's stock.

*Of Counsel:*

PERKINS COIE LLP

Yun (Louise) Lu
Kyle R. Canavera
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Phone: (858) 720-5700
llu@perkinscoie.com
kcanavera@perkinscoie.com

Dated: November 23, 2022

By: /s/*Geoffrey A. Vance*

Geoffrey A. Vance
Stephen D. Pauwels
Perkins Coie LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606
Phone: (312) 324-8400
gvance@perkinscoie.com
spauwels@perkinscoie.com

*Attorneys for Defendant*
*Neousys Technology America*

## **CERTIFICATE OF SERVICE**

  This is to certify that the undersigned filed a true and correct copy of the above and foregoing and served upon all counsel of record, via the Court's CM/ECF system on this the 23rd day of November, 2022.

                */s/ Stephen D. Pauwels*
                Stephen D. Pauwels