#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Nitetek Licensing LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>Neousys Technology America,<br><br>                Defendant. | Case No. 1:22-cv-05324<br><br>JURY TRIAL DEMANDED |

#### DEFENDANT'S MOTION TO DISMISS THE COMPLAINT
#### FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Neousys Technology America Inc. hereby moves to dismiss the Complaint (Dkt. No. 1) filed by Plaintiff Nitetek Licensing LLC on the basis that the Complaint fails to state a claim upon which relief can be granted. In particular, the Complaint provides deficient factual allegations supporting Plaintiff's claims of direct, indirect, and willful infringement of U.S. Patent No. 6,661,783. The reasons for this Motion are set forth in the accompanying memorandum in support, which is being filed contemporaneously.

| *Of Counsel:* | By: /s/*Geoffrey A. Vance* |
|---|---|
| Yun (Louise) Lu<br>Kyle R. Canavera<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130-2080<br>Phone: (858) 720-5700<br>llu@perkinscoie.com<br>kcanavera@perkinscoie.com | Geoffrey A. Vance<br>Stephen D. Pauwels<br>PERKINS COIE LLP<br>110 North Wacker Drive, Suite 3400<br>Chicago, Illinois 60606<br>Phone: (312) 324-8400<br>gvance@perkinscoie.com<br>spauwels@perkinscoie.com |
| Dated: November 23, 2022 | *Attorneys for Defendant*<br>*Neousys Technology America* |

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned filed a true and correct copy of the above and foregoing and served upon all counsel of record, via the Court's CM/ECF system on this the 23rd day of November, 2022.

*/s/ Stephen D. Pauwels*
Stephen D. Pauwels