IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**Nitetek Licensing LLC,**

        *Plaintiff*,

v.

**Neousys Technology America,**
        *Defendant(s)*.

Case No. 1:22-cv-05324-RW

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: December 7, 2022

Respectfully submitted,

DIRECTION IP LAW

 /s/David R. Bennett
David R. Bennett (IL Bar No.: 6244214)
Steven G. Kalberg (IL Bar No.: 6336131)
PO Box 14184
Chicago, Illinois 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/David R. Bennett*
David R. Bennett
